**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

UNITED SOLUTIONS, LLC    :
T/A US AI         :
909 Rose Avenue      :
Suite 1100        :
North Bethesda, MD 20852   :
           :
   Plaintiff     :
           :
v.           :  CASE NO.: 1:26-cv-00677-MSN-WEF
           :
KREATIVE TECHNOLOGIES LLC  :
4114 Legato Road     :
Suite 600        :
Fairfax, VA 22033     :
           :
   Defendant    :

**REQUEST FOR REISSUE OF SUMMONS**

TO THE CLERK OF THE COURT:

Having attempted service at the address of the Defendant and it's Registered Agent, and that company and its Registered Agent having moved without forwarding address, Plaintiff requests that the Clerk issue a summons to Defendant as follows:

  KREATIVE TECHNOLOGIES LLC
  4114 Legato Road
  Suite 600
  Fairfax, VA 22033
  SERVE:
  Clerk of the Virginia State Corporation Commission
  1300 E. Main Street
  Richmond, Virginia 23219

1

Respectfully submitted,

LAW OFFICE OF
JEFFREY D. GOLDSTEIN, LLC

/s/ Jeffrey D. Goldstein

By: _____

Jeffrey D. Goldstein (VSB #35956)
9211 Corporate Boulevard
Suite 350
Rockville, Maryland 20850
Phone: 301.838.7047
Email: Jeff@Rockvillelaw.com

Counsel for Plaintiff